IN THE MIDDLE DISTRICT COURT OF MONTGOMERY, ALABAMA

Angela Nails,
    Plaintiff,

Vs.                                                    Case Number 1:12-cv-322-MHT-SRW

Dothan, Alabama Housing Authority,
Dothan, Alabama Housing Authority management Employees,
Louise Traswick,
Vaughn Towers Apartment Manager Debbie Mulleins,
James N. Sutton,
Jennifer Feagan,
    Defendants,

## COMPLAINT

Comes Now the Plaintiff by and through Attorney for herself state of Alabama Civil Rule of Procedure   Pro Se.  The Plaintiff on her own behalf as a Pro Se Attorney will show to the Court.  On September 24, 2006 the Plaintiff was attacked on the inside of the building by a whit tenant.  Their was someone in the building who called 911 to stop the violent threats against the Plaintiff.  The Police arrived and later sited the white tenant to be the threat to the Plaintiff.  The white tenant Mary Murphy was later arrested and find for her actions and behavior toward the Plaintiff.  The Plaintiff then received a termination letter giving the Plaintiff 30 days to move.  The Plaintiff did not move.  The Plaintiff filed a complaint with the Urban Housing Development and the Plaintiff complaint was found their was no grounds to place the Dothan Housing Authority in violation of any Urban Housing Development policies.  The Plaintiff then asks for reconsideration twice and the Urban Housing Development did not find that any Urban Housing Development policies had be violated.  The Plaintiff later moved form the apartment while the white tenant was still living in her apartment rented threw the Dothan Housing Authority governed by the Urban Housing Development polices.  The Plaintiff

has made request after request to have the facts heard the Plaintiff complaint listed as a violation of the Urban Housing Authority violation section. The Urban Housing Development fail to assume the responsibility for any of the Urban Housing Development policies were violated.

## JURSIDICTION AND VENUE

T he Plaintiff complaint is filed in the proper jurisdiction and the proper venue Federal Civil Law 82 this rule does not limit federal jurisdiction. The Urban housing Development who is the Defendant in the complaint Excretive Office is in the State of Washington D.C. The amount of Federal Jurisdiction for the Federal Civil Rule 23 jurisdictional amount in the class of the Plaintiff filing legal action is within the guidelines to meet the burden for damages amount in the Plaintiff complaint. (1) Pain and Suffering because the Plaintiff lease with the Urban housing Development Housing Authority in Dothan, Alabama was terminated because another tenant who is a white tenant who attacked the Plaintiff and was arrested and who lease was not terminated threw the Dothan Housing Authority. The Plaintiff did not have to pay a fine and was not arrested for the event that occurred between the tenants Mary Murphy. Both tenant lease state the same action should be taken against each tenant who is in violation of the act of the Urban Housing Development Housing Authority Lease agreement Section   part of the Dothan Housing Authority Lease of Dothan, Alabama. The Plaintiff lease was not to be terminated. The tenant who was arrested and fined because of the assault to the Plaintiff who violated the Dothan Housing Authority Lease Agreement her lease was to be terminated and that tenant was to move from her apartment.

The Dothan Housing Authority did not place the white tenant in violation of the Dothan Housing Lease nor did the Urban Housing Development when completing their investigation and reconsideration did not fine that the white tenant was among the majority of tenants who was in violation of the Dothan Housing Authority Agreement. In order to find a violation the Urban Housing Development must fine something wrong with the violation of discrimination in the Urban Housing Development guidelines:

(1) The Dothan Housing Authority did not treat whites and blacks the same and unfairly Section

(2) The Dothan Housing Authority did violate the Urban Housing Development polices Section

(3) The Dothan Housing Authority violated the Civil Rights of a tenant Section.

## PARTIES

The Plaintiff Angela Nails henceforth referred to as her last name as Nails is over the age of 19 years old at this time the complaint is filed is 50 years old. During the time the Urban Housing Development violations occurred the Plaintiff was 44 years old. The violation happens in 2006. And the Plaintiff is now and was a United States Citizen at the time the Plaintiff was a resident at 342 Saint Andrews Street Dothan, Alabama 36303.

## CIVIL LAWS

The Plaintiff will show that the Civil Rules of Procedure and Federal Law were violated Title VI Section 504 prohibits discrimination on the basis of race, color, or national origin. The Plaintiff during the Plaintiff stay at 342 Saint Andrews Street Vaughn Towers Apartment the Plaintiff filed a complaint to the Urban Housing Development who investigated the Plaintiff Fair Housing Complaint and found no violation in what the Dothan Housing Authority managers/employees violations of the Urban Housing Development Polices and Rules of Civil Rule of Procedure 23. The Plaintiff will show to the court that there is violations which did occurred during the stay of the Plaintiff while being a tenant at 342 Saint Andrews. And the events did happen during the Plaintiff stay during the year of 2006. And that the Defendant was the responsible/responsibility parties(s) of the violations of the Urban Housing Development rules. And did not do something to warrant the Fair Housing rules and Equal Treatment toward the behavior against the Plaintiff and the Plaintiff complaint having no errors in the Plaintiff complaint but the error was of the Urban Housing Development during the investigation in the Plaintiff filed complaint to the Urban Housing Development. First the discrimination between the different races who are receiving Social Security disability SSD benefits and who are renting low rent housing which is below the amount of rent any person pays. The Plaintiff who is receiving a monthly Disability check each month lived on a fix income and was subjected to pregdicey during the Plaintiff stay at 342 Saint Andrews Street Dothan, Alabama 36303.

The Urban Housing Development has Negligent and careless action toward their investigation of the Plaintiff complaint of the Dothan Housing Authority and Vaughn Tower Apartments. The Lease violation is an offense of Negligence Donohue vs. Stevenson [1932] Ac 532.

## PLAINTIFF DAMAGES

(1) The Urban Housing Development investigation was not complete

(2) The Urban Housing Development fail to investigate their policy section

(3) The Urban Housing Development delay in filing a complaint in court against the violations of the Dothan Housing Authority section.

(4) The Urban Housing Development violated the policy of assault to another tenant

(5) The Urban Housing Development investigation did not fine that the employees for the Dothan Housing Authority were in violation of section as a request to be investigated in the Plaintiff Original complaint.

(6) The Urban Housing Development was given a copy of the Dothan City Police Report and the Police Report showed that the Plaintiff was arrested and a tape recording found that the tenant was fined for the assault to the Plaintiff and the Urban Housing Authority did not use the information as a part of the completion of their investigation.

(7) The Urban Housing Development used as a part of their investigation music, ball bouncing. The Statement of the tenant never proved that they ever seen any ball bouncing the Plaintiff was doing. Statement form tenants clearly state they heard ball bouncing.

(8) The Urban Housing Development did not find threw any statements that the Plaintiff was not called racial language form other tenants or visitors.

(9) The Plaintiff damages when the step by step case is resolve the Plaintiff is asking that the Jury find in favor of the Plaintiff in the amount of $50,000.000.00 Million Dollars and the Plaintiff is asking the Jury fine the Urban Housing Development a fine in the amount of $100,000.00 and that the investigator who took the Plaintiff complaint in the requires of questioning the Plaintiff about the events and was given written statements by the Plaintiff and by tenants, tape recordings and police reports but refuse to complete the investigation and find threat their was action to be taken against the parties the investigation complaint was filed against should be sent to prison for a term of 7 years for being guilty of falsely hiding evidence to show action against the Urban Housing Development. The investigator who visited the Plaintiff and took a statement form the Plaintiff name is Ralph   in the Atlanta, Georgia Urban Housing Development Office. Urban Housing Development section.

## FEDERAL RULE

The Plaintiff uses Federal Civil Rule of Procedure 9(a) Special matters, capacity or authority to sue (1) General exception when required to show that the court has jurisdiction. The Housing Discrimination Laws Prohibit:

A. Protection Groups

B. Race

C. Age

D. Religion

E. National Origin

F. Disability

G. Marital and Family Status

Federal Funding HUD Section 109 this section the Plaintiff will be using to make a showing to the Jury and to the court the funding obligates the defendant to follow guidelines to continue to receive funds and one of the rules is to insure that disabled tenant have proper entering and exiting in the housing developments etc. The initiative Program (FHIP) established by HCP in 1987 was amended in 1992 by HCD. The program is based on discriminating/discriminatory housing practices.

Accommodations for Disabilities:

Landlord must pay and meet the needs of disabled tenant at the landlord expense. The manager of the Vaughn Tower Apartment 342 Saint Andrews Street Dothan, Alabama 36303 violated the Plaintiff while the Plaintiff was inside the Plaintiff apartment walking into the Plaintiff apartment without the Plaintiff permission and did not knock the manager walked into the Plaintiff apartment stood in front of the Plaintiff bathroom watching the Plaintiff using the private area of the Plaintiff restroom.

The Plaintiff scream for the manager to leave and to get out of the apartment the manager refuse to move away from the door of the bath room inside the Plaintiff apartment (this action was not taken into consideration of violation of the Plaintiff fair rights to peace and enjoyment which is in the Plaintiff pass lease agreement as a renter and tenant at the apartments of Vaughn Towers Apartment at 342 Saint Andrews Street Dothan, Alabama 36303. This is a violation of Title VI.

### DEFENDANT MAILING ADDRESS

Debbie Mullens, Louise Traswick & Dothan Housing Authority Vaughn Towers Apartment at 342 Saint Andrews Street, Dothan, Alabama 36303.

James N. Sullon Birmingham Fair Housing Office Medical Forum Building 950 22nd Street North Suite 900 Birmingham, Alabama 35203

Jennifer Feagan 342 South Saint Andrews Street Dothan, Alabama 36303

_____
**ANGELA NAILS**

CERTIFACATION MAILING

The Plaintiff United States Mail to mail Plaintiff Complaint on April 4, 2012.


_____Angela Nails_____
ANGELA NAILS